IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | } Case No. 09- 10059 -01- WEB <br>} |
| **DARYL D. BECKER,** | }<br>}<br>} |
| Defendant. | } |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

That on or about July 6, 2005, within the District of Kansas, the defendant,

**DARYL D. BECKER,**

while an officer, that is, financial secretary, of a labor union engaged in an industry affecting interstate and foreign commerce, to wit: Steelworkers Local 558, AFL-CIO, McPherson, Kansas; knowingly, willfully and unlawfully embezzled and converted to his own use the moneys and funds of the union, in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

05/27/2009                              s/Foreman
   Date                                  Foreman of the Grand Jury

s/Lanny D. Welch
LANNY D. WELCH, Bar No. 13267
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS  67202
(316) 269-6481


[It is requested that jury trial be held in Wichita, Kansas.]